IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10035
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LEONARDO RIVAS-CIBRIAN,

                                        Defendant-Appellant.

– – – – – – – – – – – – –

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-086-Y

– – – – – – – – – – – – –

October 22, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    The appeal of Leonardo Rivas-Cibrian, in which court-
appointed counsel has filed a brief pursuant to *Anders v.
California*, 386 U.S. 738 (1967), raises no issue of arguable
merit.  Therefore, the motion of counsel to withdraw is GRANTED,
and the appeal is DISMISSED.  *See United States v. Jackson*, 578
F.2d 1162, 1164 (5th Cir. 1978); FIFTH CIR. R. 42.2.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.